AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LaMothe, Louise A. | Central District of California | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
Federal Building
1415 State Street, Room 202
Santa Barbara, CA 93101-2511

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Louise A. LaMothe - A Professional Corporation: Salary | $111,913.00 |
| 2. 2018 | Louise A. LaMothe - A Professional Corporation: 401K Distribution | $2,630.00 |
| 3. 2018 | Louise A. LaMothe - A Professional Corporation: 401K Distribution | $353.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | California State Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LPL FINANCIAL ▩ (LAL) | | | | | | | | | |
| 2. -Allianzgi Short Duration High Income CL P (ASHPX) | E | Dividend | N | T | | | | | |
| 3. -Angel Oak Multi Strategy Income INSTL CL (ANGIX) | D | Dividend | M | T | | | | | |
| 4. -Eaton Vance National Mun Income CL 1 (EIHMX) | B | Dividend | | | Sold | 03/29/18 | M | A | |
| 5. -Federated Strategic Value Dividend INSTL CL (SVAIX) | D | Dividend | M | T | | | | | |
| 6. -Harbor Cap Apprec INSTL CL (HACAX) | A | Dividend | M | T | | | | | |
| 7. -JP Morgan Mortgage Backed Securities CL I (OMBIX) | D | Dividend | N | T | | | | | |
| 8. -Maingate MLP (IMLPX) | D | Dividend | L | T | | | | | |
| 9. -Main Stay Epoch Global Equity YIELD CL I (EPSYX) | C | Dividend | M | T | | | | | |
| 10. -Michigan ST HSG DEV AUTH Single FMLY MTG REV F | A | Dividend | | | Sold | 02/12/18 | K | A | |
| 11. -MFS Value (MEIIX) | B | Dividend | M | T | | | | | |
| 12. -Pimco Investment Grade Corp Bond CL P (PBDPX) | D | Dividend | N | T | | | | | |
| 13. -Royce Dividend Value Investment CL (RDVIX) | B | Dividend | L | T | | | | | |
| 14. -Vanguard Intermediate Term Treasury Admiral CL (VFIUX) | B | Dividend | | | Sold | 03/29/18 | M | A | |
| 15. -Wells Fargo Diversified Income Bldr Admin CL (EKSDX) | C | Dividend | L | T | | | | | |
| 16. | | | | | | | | | |
| 17. WELLS FARGO ▩ (LAL) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Allianz Life INS CO ANN (Annuity) | E | Distribution | O | T | | | | | |
| 19. | | | | | | | | | |
| 20.  WELLS FARGO▓ (LAL) | | | | | | | | | |
| 21.  -Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 22.  -Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | |
| 23.  -American International Group Inc (AIGWS) | | | | | Sold | 09/16/18 | J | A | |
| 24.  -Automatic Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 25.  -CDK Global Holdings LLC (CDK) | A | Dividend | J | T | | | | | |
| 26.  -Colgate Palmolive Co (CL) | A | Dividend | J | T | | | | | |
| 27.  -Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 28.  -Fidelity Investments Money Market FD INSTL CL | A | Dividend | K | T | Buy | 07/16/18 | L | | |
| 29.  -Fidelity Investments Money Market FD INSTL CL | A | Dividend | | | Sold (part) | 09/04/18 | L | A | |
| 30.  -General Mills Inc (GIS) | A | Dividend | J | T | | | | | |
| 31.  -Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 32.  -Kohls Corp (KSS) | A | Dividend | J | T | | | | | |
| 33.  -McDonald's Corp (MCD) | A | Dividend | J | T | | | | | |
| 34.  -Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 36. -Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 37. -Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 38. -Walgreens Boots Alliance Inc (WBA) | A | Dividend | J | T | | | | | |
| 39. -Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 40. -Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. WELLS FARGO ▓ (LAL) | | | | | | | | | |
| 43. -Ambridge Boro PA MUN AUTH SWR | A | Interest | | | Sold | 02/12/18 | J | A | |
| 44. -Antelope VLY CA UN HIGH SCH DIST | A | Interest | | | Sold | 02/12/18 | J | A | |
| 45. -Banning CA UTIL AUTH WTR Enterprise REV RFDG | A | Interest | | | Sold | 02/12/18 | K | A | |
| 46. -Bellwood IL RFDG SER B G/O UNLTD | A | Interest | | | Sold | 02/12/18 | K | A | |
| 47. -Burbank CA REDEV AGY SUCCESSOR AGY TAX ALLOCA | A | Interest | | | Sold | 02/12/18 | J | A | |
| 48. -Columbus OH G/O RFDG B/E SER 2 | A | Interest | | | Sold | 02/12/18 | J | A | |
| 49. -Dodge City KS TEMP NTS | A | Interest | | | Sold | 02/12/18 | K | A | |
| 50. -Eastern Mun Wtr Dis CA | A | Interest | J | T | | | | | |
| 51. -Eugene OR Elec Util Rev RFDG B/E | A | Interest | | | Sold | 02/12/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Fort Bend TX MUN UTIL DIST NO 137 | A | Interest | | | Sold | 02/12/18 | J | A | |
| 53. -Golden West SCHS Fing CA REF Beverly Hills UNI | A | Interest | K | T | | | | | |
| 54. -Hawthorne CA CTF PARTN Refinancing Proj | A | Interest | | | Sold | 02/12/18 | K | A | |
| 55. -Henry & Whiteside CNTYS IL CMNTY UNIT SCHL DIST | A | Interest | | | Sold | 02/12/18 | K | A | |
| 56. -Highland CA REDEV AGY | A | Interest | | | Sold | 12/03/18 | J | A | |
| 57. -Los Angeles CA Dpt Arpts SUb LA Intl Arpt | A | Interest | | | Sold | 05/15/18 | J | A | |
| 58. -Mainstay FDS TR (MSCAX) | D | Interest | N | T | Buy | 02/15/18 | N | | |
| 59. -Montclair CA Pub FING Auth LSE | A | Interest | J | T | | | | | |
| 60. -New York State MTG AGY HMOWNR MTG | A | Interest | | | Sold | 02/12/18 | J | A | |
| 61. -Rialto CA REDEV Agy Successor AGY Tax | A | Interest | J | T | | | | | |
| 62. -Tennessee HSG DEV AGY | A | Interest | | | Sold | 02/12/18 | K | A | |
| 63. -University CA REVS LTD Proj SER E | A | Interest | J | T | | | | | |
| 64. -Val Verde CA SCH DIST | A | Interest | K | T | | | | | |
| 65. -Ventura CNTY CA Cmnty College Dist | A | Interest | K | T | | | | | |
| 66. -Washington CA UNI SCH DIST Fresno CNTY | A | Interest | J | T | | | | | |
| 67. -Watsonville CA REDEV AGY Successor AGY | A | Interest | | | Sold | 02/12/18 | J | A | |
| 68. -Western Placer CA UNI SCH DIST ELECTION 2016 | A | Interest | | | Sold | 02/12/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Whittier CA REDEV SUCCESSOR AGY TAX ALLOC | A | Interest | | | Sold | 02/12/18 | J | A | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. WELLS FARGO █ (LAL) | | | | | | | | | |
| 73. -Growth Fund America CL A | C | Dividend | | | Sold | 02/07/18 | K | C | |
| 74. | | | | | | | | | |
| 75. LPL FINANCIAL █ (LAL) | | | | | | | | | |
| 76. -Capital Income Builder CL F2 (CAIFX) | B | Dividend | | | Sold | 03/29/18 | L | B | |
| 77. -New World CL F2 | A | Dividend | | | Sold | 11/27/18 | M | C | |
| 78. | | | | | | | | | |
| 79. LPL FINANCIAL █ (LAL) | | | | | | | | | |
| 80. -FS Investment Corp III | D | Dividend | M | T | | | | | |
| 81. | | | | | | | | | |
| 82. CHARLES SCHWAB █ (LAL) | | | | | | | | | |
| 83. -Alphabet Inc (GOOG) | | None | J | T | | | | | |
| 84. -Alphabet, Inc (GOOGL) | | None | J | T | | | | | |
| 85. -Amazon.com Inc (AMZN) | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Costco Wholesale Co (COST) | A | Dividend | K | T | | | | | |
| 87. -Ford Motor Company (F) | A | Dividend | J | T | | | | | |
| 88. -Matthews Pacific Tiber (MAPTX) | A | Dividend | J | T | | | | | |
| 89. -Parnassus Core EQTY FD (PRBLY) | A | Dividend | K | T | | | | | |
| 90. -Qualcomm Inc (QCOM) | | None | J | T | | | | | |
| 91. -Salesforce Com (SRM) | | None | J | T | | | | | |
| 92. -Tesla Motors Inc (TSLA) | | None | M | T | | | | | |
| 93. | | | | | | | | | |
| 94. TIAA | | | | | | | | | |
| 95. -TIAA Annuity Contracts (TIAA Traditional) | D | Distribution | M | T | | | | | |
| 96. | | | | | | | | | |
| 97. TROWE PRICE (LAL) | | | | | | | | | |
| 98. -TROWE PRICE IRA (Global Tech ) | D | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. LPL FINANCIAL 0160 (DK) | | | | | | | | | |
| 101. -AB MUN INCOME | | | M | T | | | | | |
| 102. -Allianzgi Short Duration High Income CL P (ASHPX) | C | Dividend | | | Sold | 12/24/18 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -American Beacon SIM High Yield OPPTYS CL Y (SHOYX) | A | Dividend | J | T | Buy | 03/29/18 | K | | |
| 104. -American Beacon SIM High Yield OPPTYS CL Y (SHOYX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 105. -Angel Oak Muiti Strategy Income INSTL CL (ANGIX) | B | Dividend | | | Sold | 12/24/18 | K | A | |
| 106. -Eaton Vance National Mun Income CL I | A | Dividend | | | Sold | 03/29/18 | K | A | |
| 107. -Federated Strategic Value Dividend INSTL CL (SVAIX) | B | Dividend | | | Sold | 12/24/18 | K | A | |
| 108. -Harbor Cap Apprec Instl CL (HACAX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 109. -JPMorgan Mortgage Backed Securities CL I (OMBIX) | B | Dividend | | | Sold | 12/24/18 | L | A | |
| 110. -Maingate MLP CL 1 (IMLPX) | B | Dividend | | | Sold | 12/24/18 | K | A | |
| 111. -Mainstay Epoch Global Equity Yield CL 1 (EPSYX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 112. -MFS Value CL I (MEIIX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 113. -Nuveen Preferred SECS & Income CL I (NPSRX) | A | Dividend | J | T | Buy | 10/09/18 | K | | |
| 114. -Nuveen Preferred SECS & Income CL I (NPSRX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 115. -Oppenheimer Steelpath MLP Select 40 CL Y (MLPTX) | A | Dividend | | | Sold | 01/02/18 | K | A | |
| 116. -Pimco Investment Grde Corp Bond CL P (PBDPX) | B | Dividend | | | Sold | 12/24/18 | M | A | |
| 117. -Royce Dividend Value Investement CL (RDVIX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 118. -Tesla Inc (TSLA) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 119. -Thornburg Investment Income Builder CL I (TIBIX) | A | Dividend | J | T | Buy | 03/29/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Thornburg Investment Income Builder CL I (TIBIX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 121. -Vanguard Intermediate Term Treasury Admiral CL (VFIUX) | A | Dividend | | | Sold | 03/29/18 | K | A | |
| 122. -Virtus SEIX Floating Rate High Income CL I (SAMBX) | A | Dividend | J | T | Buy | 03/29/18 | K | | |
| 123. -Virtus SEIX Floating Rate High Income CL I (SAMBX) | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 124. -Wells Fargo Diversified Income Builder INSTL CL (EKSYX) | A | Dividend | J | T | | | | | |
| 125. -Wells Farbo Diversified Income Builder INSTL CL (EKSYX) (Partial) | A | Dividend | | | Sold (part) | 12/24/18 | K | A | |
| 126. -Cash | | | O | T | | | | | |
| 127. | | | | | | | | | |
| 128. LPL FINANCIAL (DK) | | | | | | | | | |
| 129. -AFIS Asset Allocation (Pacific Life Annuity) | E | Distribution | M | T | | | | | |
| 130. | | | | | | | | | |
| 131. LPL FINANCIAL 6013 (DK) | | | | | | | | | |
| 132. -Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134. LPL FINANCIAL | | | | | | | | | |
| 135. -American College 2021 CL 529 C (CTOCX) | A | Dividend | K | T | Open | 01/18/18 | K | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. LPL FINANCIAL | | | | | | | | | |
| 138. -American College 2021 CL 529 C (CTOCX) | A | Dividend | K | T | Open | 01/18/18 | K | | |
| 139. | | | | | | | | | |
| 140. LPL FINANCIAL (DK) | | | | | | | | | |
| 141. -Aflac Inc (AFL) | A | Dividend | J | T | | | | | |
| 142. -Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | | | | | |
| 143. -AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 144. -Berkshire Hathaway Inc DE CL B NEW (BRK/B) | A | Dividend | J | T | | | | | |
| 145. -Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 146. -Dollar General Corp New (DG) | A | Dividend | J | T | | | | | |
| 147. -Eli Lilli & Company (LLY) | A | Dividend | J | T | | | | | |
| 148. -Goldman Sachs Group Inc Medium Term Note (3814ET90) | A | Interest | J | T | | | | | |
| 149. -Ishares China Large Cap ETF (FXI) | A | Dividend | J | T | | | | | |
| 150. -Kimberly Clark Corp (KMB) | A | Dividend | J | T | | | | | |
| 151. -Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 152. -Nestle S A SPNSD ADR REPSTING REG SHS (NSRGY) | A | Dividend | J | T | | | | | |
| 153. -Sysco Corporation (SYY) | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -Sysco Corporation (SYY) (Partial) | A | Dividend | | | Sold<br>(part) | 10/25/18 | J | B | |
| 155.  -United Parcel Service Inc CL B (UPS) | A | Dividend | J | T | | | | | |
| 156. | | | | | | | | | |
| 157.  Charles Schwab Bank Checking Account | A | Interest | M | T | | | | | |
| 158.  Citibank Checking Account (LAL) | A | Interest | K | T | | | | | |
| 159.  City National Bank Checking Account<br>LaMothe Family Trust | A | Interest | J | T | | | | | |
| 160.  City National Bank Checking Account<br>Kaplan Family Trust | A | Interest | J | T | | | | | |
| 161.  Wells Fargo Crown Classic Checking<br>Account       (DK) | A | Interest | L | T | | | | | |
| 162.  Wells Fargo Crown Classic Checking<br>Account | A | Interest | J | T | | | | | |
| 163.  John Hancock Whole Life (DK) | D | Dividend | M | T | | | | | |
| 164.  Northwestern Mutual Life Ins Policy (Whole<br>life)       (LAL) | C | Dividend | M | T | | | | | |
| 165. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 10:  Michigan ST HSG DEV AUTH Single FMLY MTG REV F: Purchased in 2017, not previously reported.

Line 18:  Allianz Life INS CO ANN (Annuity): Purchased in 2017, not previously reported.

Line 73:  Growth Fund America CL A: Not previously reported.

Line 118:  Tesla Inc (TSLA): Purchased in 2012, not previously reported.

Line 126:  Cash (9999777): Previously money market shares, no cash.  Instructions p.30 indicate to report in "Sections 102(a)(1)(B) and 102(a)(3)."  Filer does not locate said section on report.

Line 129:  AFIS Assit Allocatoin (Pacific Life Annuity): Purchased 6/30/16, not previously reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544